**STATE of Missouri, Respondent,**

v.

**Jorge G. RODRIGUEZ, a/k/a Pedro C. Rio, Appellant.**

**No. WD 39347.**

Missouri Court of Appeals,
Western District.

Dec. 1, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 29, 1987.

Application to Transfer Denied
Feb. 17, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction of stealing over $150.00, in violation of § 570.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).